**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7229**

─────────────

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

CORWIN TYRELL WOODSON,

                                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-94-79, CA-99-213-3)

─────────────

Submitted: January 26, 2001      Decided: February 7, 2001

─────────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Corwin Tyrell Woodson, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Corwin Tyrell Woodson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Woodson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Woodson, Nos. CR-94-79; CA-99-213-3 (E.D.N.C. June 27 & Aug. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2